**FILED**

08/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0392

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0392

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RUSTY JAY WEBER,

      Defendant and Appellant.

---

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 9, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 7 2020